
PEACHCOURT

| 21CV00248 | PHAEDRA NEWSOME VS FAMILY DOLLAR STORES OF GEORGIA, LLC | BROOKS SUPERIOR | GENERAL TORT |

## Case Docket

**Case Initiation Date**       **Assigned Judge**
11/10/2021

Why subscribe to PeachCourt+? Because this is one of your cases, you probably want to know when anyone eFiles anything in this case. As a PeachCourt+ subscriber, you will receive an email alert even when someone files on paper: judge's order, sheriff's return of service, self-represented litigant filing... you get the idea.

## Party Information

Plaintiff:                                          Defendant:

**Newsome, Phaedra**                             **Family Dollar Stores of Georgia, LLC,**

## Attorney/Filer Information

**Peterman, Jody**                             **COUNTY, BROOKS**

**Vickers, Heath**

                                         **Shepherd, Ivy**

| Docket # | Document Type | Description | Filer | Filing Date | Source |
|---|---|---|---|---|---|
| 1 | Complaint | EFiled Document: "Complaint" | Peterman, Mr. Jody D. | 11/10/2021 | EFile: PeachCourt |
| 2 | Summons | EFiled Document: "SummonsSheriffDepartment" | Peterman, Mr. Jody D. | 11/10/2021 | EFile: PeachCourt |
| 3 | Miscellaneous | EFiled Document: "InitiationForm" | Peterman, Mr. Jody D. | 11/10/2021 | EFile: PeachCourt |
| 4 | Miscellaneous | EFiled Document: "SHERIFFSRETURNOFSERVICE" | County, Brooks | 11/16/2021 | EFile: PeachCourt |
| 5 | Answer | EFiled Document: "Answer" | Vickers, Heath | 12/08/2021 | EFile: PeachCourt |
| 6 | Miscellaneous | EFiled Document: "Certificate" | Vickers, Heath | 12/08/2021 | EFile: PeachCourt |
| 7 | Miscellaneous | EFiled Document: "CERTIFICATE" | Peterman, Mr. Jody D. | 12/10/2021 | EFile: PeachCourt |
| 8 | Miscellaneous | EFiled Document: "Certificate" | Vickers, Heath | 01/10/2022 | EFile: PeachCourt |
| 9 | Miscellaneous | EFiled Document: "Certificate" | Vickers, Heath | 01/18/2022 | EFile: PeachCourt |
| 10 | Miscellaneous | EFiled Document: "CERTIFICATE" | Peterman, Mr. Jody D. | 02/17/2022 | EFile: PeachCourt |
| Docket # | Document Type | Description | Filer | Filing Date | Source |

| 12 | Miscellaneous | EFiled Document: "LetterCorrespondence" | Watts, Assistant Administrator, ADR - Shannon | 04/11/2022 | EFile: PeachCourt |
| 13 | Notice | | Vickers, Heath | 05/11/2022 | EFile: PeachCourt |
| 14 | Certificate Of Service | Certificate Of Service Of Discovery | Shepherd, Ivy | 07/21/2022 | EFile: PeachCourt |

The clerk's office maintains the official record for this case. The information we provide is our best attempt at reflecting the official record. Despite our best efforts, you may find discrepancies between the information on this page and the clerk's official record. The clerk's official record is always official and is always THE record.

Printed from www.peachcourt.com on Aug 1, 2022 10:52 AM

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**NOV 10, 2021 05:40 PM**

Belinda Wheeler
Belinda Wheeler, Clerk
Brooks County, Georgia

## IN THE SUPERIOR COURT OF BROOKS COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| PHAEDRA NEWSOME, | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **FILE NO.: _____** |
| v. | : | |
| FAMILY DOLLAR STORES OF | : | |
| GEORGIA, LLC, | | |
| d/b/a FAMILY DOLLAR, | : | |
| | : | |
| **Defendant.** | : | |
| _____ | | |

## __COMPLAINT__

COMES NOW Phaedra Newsome, Plaintiff in the above-styled action, and files this

Complaint against Defendant, showing the Court as follows:

1.

Defendant Family Dollar Stores of Georgia, LLC (hereinafter referred to as "Defendant")

is a foreign limited liability company formed in the State of Virginia and is authorized to and

does transact business within the State of Georgia.

2.

Defendant, at all relevant times, owned and/or operated the Family Dollar located at 904

W. Screven Street, Quitman, Georgia, and is subject to the jurisdiction of this Honorable Court.

Defendant may be served through its registered agent:  Corporation Service Company, 2 Sun

Court, Suite 400, Peachtree Corners, Georgia 30092.

3.

Jurisdiction and venue are proper in this Court.

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 1 of 4

4.

On or about **August 12, 2020**, Plaintiff was present at the Family Dollar at 904 W.

Screven Street in Quitman, **Georgia** as a customer/business invitee.

5.

Plaintiff was inside Defendant's establishment and, as she was walking, slipped and fell

on a substance that appeared to be detergent and/or water.  The dangerous condition (i.e. slippery

substance) was not readily apparent to the average customer/business invitee.

6.

Defendant knew or should have known of the dangerous condition before Plaintiff was

injured by the defect.

7.

Defendant had notice of the dangerous condition.

8.

The Defendant's employees and agents knew of such dangerous condition on **August 12,**

**2020**, and notwithstanding their knowledge of such dangerous condition, maintained such

dangerous condition on **August 12, 2020.**

9.

This dangerous condition, which was known to the agents and employees of the

Defendant, was unknown to Plaintiff.

10.

As a result of the incident, Plaintiff has suffered serious bodily injury.

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 2 of 4

11.

As a result of the injuries and negligence of Defendant, Plaintiff has suffered past, present and will in the future suffer pain therefrom.

12.

Plaintiff has incurred medical expenses for treatment of her injuries.

13.

Plaintiff's injuries are permanent and continuing in nature.

14.

All damages suffered by Plaintiff are the direct and proximate result of the Defendant's negligent acts and omissions.

WHEREFORE, Plaintiff prays as follows:

a.   That service of process issue in accordance with the law;

b.   That Plaintiff have a jury trial on all issues set forth herein;

c.   That Plaintiff recover a judgment against the Defendant for medical bills and for pain and suffering in amounts to be determined by the enlightened conscience of an impartial jury;

d.   That Plaintiff be entitled to all costs of this action; and

e.   That Plaintiff have such other and further relief as this Honorable Court deems just and proper.

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 3 of 4

This the 10th day of November, 2021.

**JODY D. PETERMAN, LLC**

_/s/ Jody D. Peterman_____
**JODY D. PETERMAN**
Attorney for Plaintiff
Georgia Bar No.: 573552

P.O. Box 6010
Valdosta, GA  31603-6010
Phone (229) 247-0386
Fax (229) 469-6735                            _/s/ Dillon P. Hanson_____
Email:  petermanlawoffice@yahoo.com     **DILLON P. HANSON**
        dhanson.petermanlaw@gmail.com    Attorney for Plaintiff
                                          Georgia Bar No.: 883590

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 4 of 4

# SUPERIOR COURT OF BROOKS COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**NOV 10, 2021 05:40 PM**

Belinda Wheeler, Clerk
Brooks County, Georgia

CIVIL ACTION NUMBER  21CV00248

Newsome, Phaedra

_____
**PLAINTIFF**

VS.

Family Dollar Stores of Georgia, LLC

_____
**DEFENDANT**

## SUMMONS

TO: FAMILY DOLLAR STORES OF GEORGIA, LLC C/O STORE MGR

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jody D. Peterman**
> **Jody D. Peterman, LLC**
> **PO Box 6010**
> **Valdosta, Georgia 31603-6010**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of November, 2021.**

Clerk of Superior Court

_____
Belinda Wheeler, Clerk
Brooks County, Georgia

Page 1 of 1

**General Civil and Domestic Relations Case Filing Information Form**

☒ Superior or ☐ State Court of __Brooks__ County

⚜ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**NOV 10, 2021 05:40 PM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

| For Clerk Use Only | |
|---|---|
| Date Filed __11-10-2021__ <br> **MM-DD-YYYY** | Case Number __21CV00248__ |

**Plaintiff(s)**

Newsome, Phaedra

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Family Dollar Stores of Georgia, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** __Peterman, Mr. Jody D.__     **Bar Number** __573552__     **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____       _____
**Case Number**                       **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

17594

## SHERIFF'S ENTRY OF SERVICE

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

21CV00248

NOV 16, 2021 09:29 AM

Belinda Wheeler, Clerk
Brooks County, Georgia

Civil Action No. _____ **21CV00248**

Date Filed _____ **11/10/21 05:40 PM**

Superior Court ☒   Magistrate Court ☐
State Court ☐   Probate Court ☐
Juvenile Court ☐

Georgia, _____ **BROOKS** _____ COUNTY

Newsome, Phaedra

_____ Plaintiff

Attorney's Address   **Peterman, Mr. Jody D.**
**Jody D. Peterman, LLC**
**PO Box 6010**
**Valdosta, GEORGIA 31603-6010**

VS.
Family Dollar Stores of Georgia, LLC

Name and Address of Party to be Served.
**Family Dollar Stores of Georgia, LLC c/o Store Mgr**

_____ Defendant

**904 W. Screven Street**

**Quitman, GEORGIA 31643**

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant_____ personally with a copy
of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant_____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**

☒ Served the defendant _Family Dollar Store of GA LLC c/o Store mgr_ a corporation
by leaving a copy of the within action and summons with _S. Aurora Brown_
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**

☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This _**15**_ day of _**Nov**_, 20 _**21**_

_Deputy Bell 6118_
Deputy

121

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

NOV 10, 2021 05:40 PM

Belinda Wheeler, Clerk
Brooks County, Georgia

# IN THE SUPERIOR COURT OF BROOKS COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| PHAEDRA NEWSOME, | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **FILE NO.: _____** |
| v. | : | |
| FAMILY DOLLAR STORES OF | : | |
| GEORGIA, LLC, | | |
| d/b/a FAMILY DOLLAR, | : | |
| | : | |
| **Defendant.** | : | |

## COMPLAINT

COMES NOW Phaedra Newsome, Plaintiff in the above-styled action, and files this Complaint against Defendant, showing the Court as follows:

1.

Defendant Family Dollar Stores of Georgia, LLC (hereinafter referred to as "Defendant") is a foreign limited liability company formed in the State of Virginia and is authorized to and does transact business within the State of Georgia.

2.

Defendant, at all relevant times, owned and/or operated the Family Dollar located at 904 W. Screven Street, Quitman, Georgia, and is subject to the jurisdiction of this Honorable Court. Defendant may be served through its registered agent:  Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

3.

Jurisdiction and venue are proper in this Court.

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 1 of 4

4.

On or about **August 12, 2020**, Plaintiff was present at the Family Dollar at 904 W.

Screven Street in Quitman, **Georgia** as a customer/business invitee.

5.

Plaintiff was inside Defendant's establishment and, as she was walking, slipped and fell

on a substance that appeared to be detergent and/or water.  The dangerous condition (i.e. slippery

substance) was not readily apparent to the average customer/business invitee.

6.

Defendant knew or should have known of the dangerous condition before Plaintiff was

injured by the defect.

7.

Defendant had notice of the dangerous condition.

8.

The Defendant's employees and agents knew of such dangerous condition on **August 12,**

**2020**, and notwithstanding their knowledge of such dangerous condition, maintained such

dangerous condition on **August 12, 2020.**

9.

This dangerous condition, which was known to the agents and employees of the

Defendant, was unknown to Plaintiff.

10.

As a result of the incident, Plaintiff has suffered serious bodily injury.

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 2 of 4

11.

As a result of the injuries and negligence of Defendant, Plaintiff has suffered past, present and will in the future suffer pain therefrom.

12.

Plaintiff has incurred medical expenses for treatment of her injuries.

13.

Plaintiff's injuries are permanent and continuing in nature.

14.

All damages suffered by Plaintiff are the direct and proximate result of the Defendant's negligent acts and omissions.

WHEREFORE, Plaintiff prays as follows:

a.   That service of process issue in accordance with the law;

b.   That Plaintiff have a jury trial on all issues set forth herein;

c.   That Plaintiff recover a judgment against the Defendant for medical bills and for pain and suffering in amounts to be determined by the enlightened conscience of an impartial jury;

d.   That Plaintiff be entitled to all costs of this action; and

e.   That Plaintiff have such other and further relief as this Honorable Court deems just and proper.

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 3 of 4

This the 10th day of November, 2021.

**JODY D. PETERMAN, LLC**

_/s/ Jody D. Peterman_____
**JODY D. PETERMAN**
Attorney for Plaintiff
Georgia Bar No.: 573552

P.O. Box 6010
Valdosta, GA  31603-6010
Phone (229) 247-0386
Fax (229) 469-6735                    _/s/ Dillon P. Hanson_____
Email:  petermanlawoffice@yahoo.com    **DILLON P. HANSON**
        dhanson.petermanlaw@gmail.com   Attorney for Plaintiff
                                        Georgia Bar No.: 883590

*Phaedra Newsome v. Family Dollar Stores of Georgia, LLC*
In the Superior Court of Brooks County
State of Georgia
Complaint
Page 4 of 4

IN THE SUPERIOR COURT OF BROOKS COUNTY

STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**DEC 08, 2021 05:27 PM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

PHAEDRA NEWSOME,                                  CIVIL ACTION

     Plaintiff,                                       FILE NO.: 21CV00248

vs.

FAMILY DOLLAR STORES OF GEORGIA, LLC,
d/b/a FAMILY DOLLAR,

     Defendants.

_____

## **DEFENDANT FAMILY DOLLAR STORES OF GEORGIA, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Family Dollar Stores of Georgia, LLC ("Defendant"), files and serves its

Answer and Affirmative Defenses to Plaintiff's Complaint and states as follows:

### **FIRST DEFENSE**

In response to the specifically enumerated paragraphs of Plaintiff's Complaint,

Defendant states:

1.

Defendant admits the allegations in paragraph 1.

2.

Defendant admits the allegations in paragraph 2

3.

Defendant admits the allegations in paragraph 3.

4.

Defendant is without knowledge as to the allegations in paragraph 4, and therefore,

denies those allegations.

5.

Defendant denies the allegations in paragraph 5.

6.

Defendant denies the allegations in paragraph 6.

7.

Defendant denies the allegations in paragraph 7.

8.

Defendant denies the allegations in paragraph 8.

9.

Defendant denies the allegations in paragraph 9.

10.

Defendant denies the allegations in paragraph 10.

11.

Defendant denies the allegations in paragraph 11.

12.

Defendant denies the allegations in paragraph 12.

13.

Defendant denies the allegations in paragraph 13.

14.

Defendant denies the allegations in paragraph 14.

Defendant denies all requests for relief contained in Plaintiff's Prayer for Relief.

## SECOND DEFENSE

At the time and place alleged in the Complaint, Plaintiff was guilty of negligence which solely caused or proximately contributed to cause the accident and damages complained of and which serves to completely bar or comparatively reduce any damages which may be awarded. Plaintiff's fault is greater than that of Defendant, if Defendant is at fault at all, and therefore, Plaintiff should recover nothing from Defendant. Plaintiff so carelessly and negligently conducted himself that he, by his own negligence, contributed directly and proximately to his

own injuries. Plaintiff, by the exercise of ordinary care, could have avoided the consequences of any act or failure to act by Defendant. Defendant pleads modified comparative fault in mitigation or bar of any recovery by Plaintiff against Defendant if any. Plaintiff's own omissions were such that they constitute negligence. Plaintiff failed to keep a proper lookout, failed to use reasonable care, and failed to appreciate his surroundings.

THIRD DEFENSE

Defendant asserts that a non-party might be at fault.  Defendant pleads that pursuant to O.C.G.A. § 51-12-33, any damages recoverable by Plaintiff must be apportioned among each person or entity that caused the alleged damages based on the percentages of fault assigned by the trier of fact.

FOURTH DEFENSE

Plaintiff was not an invitee on Defendant's property at the time of the alleged incident.

FIFTH DEFENSE

Without admitting Plaintiff suffered any damages, Plaintiff failed to mitigate damages and by this failure has contributed to the injuries claimed. Therefore, Plaintiff's claims for damages should be barred or reduced.

SIXTH DEFENSE

Plaintiff is barred from recovery of any health/medical expenses which have been written off by the health/medical providers or for any expenses not reasonable and customary.

SEVENTH DEFENSE

Defendant did not have knowledge of the existence of the alleged dangerous condition on the property that allegedly caused Plaintiff to suffer injury and further asserts that Plaintiff's alleged accident was not the result of any dangerous condition on Defendant's premises.

EIGHTH DEFENSE

The alleged injuries and damages complained of were the result of a superseding and/or intervening cause, which was unforeseeable to Defendant.

3

**NINTH DEFENSE**

To the extent any alleged dangerous condition existed in the area as described in Plaintiff's Complaint, such condition was open and obvious to Plaintiff. Additionally, any alleged deficiency in the area described in the Complaint was known to Plaintiff or could have been discovered with the exercise of ordinary and reasonable care. The alleged condition referenced in the Complaint was so open and obvious as to provide Plaintiff with knowledge equal to or superior to the knowledge of Defendant, so that Defendant had no duty to warn of such condition and is not liable. Plaintiff in fact had superior knowledge of any alleged condition, and as such, Defendant cannot be liable.

**TENTH DEFENSE**

Any injuries or damages allegedly suffered by Plaintiff were the result of his own bodily functions and/or genetic history and were pre-existing conditions.

**ELEVENTH DEFENSE**

No act or omission of Defendant was the proximate cause of any damage, injury, or loss to Plaintiff.

**TWELFTH DEFENSE**

Plaintiff failed to take reasonable steps to minimize or prevent any damages he claims she suffered.

**THIRTEENTH DEFENSE**

Plaintiff assumed the risk of his injuries and damages, and thus, his claims are barred by the Georgia Doctrine of Assumption of the Risk.

**FOURTEENTH DEFENSE**

Defendant preserves and asserts all affirmative defenses and other defenses that could be asserted, including any and all defenses available by law including those defenses set forth in O.C.G.A. § 9-11-8(c) and O.C.G.A. § 9-11-12.

**FIFTEENTH DEFENSE**

Defendant did not breach any duty owed to Plaintiff. Defendant exercised due care and diligence in all of the matters alleged.

**SIXTEENTH DEFENSE**

Defendant denies that it acted in any manner so as to entitle Plaintiff to an award of costs, attorneys' fees, or expenses of litigation.

**SEVENTEENTH DEFENSE**

Defendant denies all allegations in the Complaint not specifically admitted herein. Defendant denies all allegations and requests for relief contained in any *ad damnum* clauses.

**EIGTHEEENTH DEFENSE**

Plaintiff has failed to plead special damages with the requisite specificity as required by O.C.G.A. § 9-11-9(g).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of December, 2021, I electronically filed the foregoing with the Georgia Superior Courts E-Filing Portal, which will serve it on the following counsel of record via electronic mail:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Email: petermanlawoffice@yahoo.com
Email: dhanson.petermanlaw@gmail.com

/s/ Heath L. Vickers
Heath L. Vickers
Georgia Bar No. 427485
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:    (904) 328-6473
Email:  hvickers@carrallison.com
Secondary Email:  nwelsh@carrallison.com
*Attorney for Defendant*

IN THE SUPERIOR COURT OF BROOKS COUNTY

STATE OF GEORGIA

⊕ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**DEC 08, 2021 05:27 PM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

PHAEDRA NEWSOME,                                 CIVIL ACTION

     Plaintiff,                                       FILE NO.: 21CV00248

vs.

FAMILY DOLLAR STORES OF GEORGIA, LLC,
d/b/a FAMILY DOLLAR,

     Defendants.
_____

### DEFENDANT, FAMILY DOLLAR STORES OF GEORGIA, LLC'S CERTIFICATE OF SERVICE OF DISCOVERY

     Defendant, FAMILY DOLLAR STORES OF GEORGIA, LLC, through counsel, certifies it

has, this day, served the opposing party with a true and correct copy of:

1. Defendant's First Set of Interrogatories to Plaintiff

2. Defendant's First Request to Produce to Plaintiff

This 8th day of December, 2021.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 8th day of December, 2021, I electronically filed the

foregoing with the Georgia Superior Courts E-Filing Portal, which will serve it on the following

counsel of record via electronic mail:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Email: petermanlawoffice@yahoo.com
Email: dhanson.petermanlaw@gmail.com

                     /s/ Heath L. Vickers_____
                     Heath L. Vickers
                     Georgia Bar No. 427485
                     CARR ALLISON
                     The Greenleaf and Crosby Building
                     208 North Laura Street, Suite 1100
                     Jacksonville, Florida 32202
                     Telephone:  (904) 328-6456

Facsimile:    (904) 328-6473
Email:  hvickers@carrallison.com
Secondary Email:  nwelsh@carrallison.com
*Attorney for Defendant*

⚡ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**DEC 10, 2021 03:27 PM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

## IN THE SUPERIOR COURT OF BROOKS COUNTY

## STATE OF GEORGIA

PHAEDRA NEWSOME,                    :

      **Plaintiff,**                    :                    **CIVIL ACTION**

v.                                  :                    **FILE NO.: 21CV00248**

**FAMILY DOLLAR STORES OF**          :
**GEORGIA, LLC,**
**d/b/a FAMILY DOLLAR,**             :

      **Defendant.**                   :

_____

## CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform Superior Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1.    Plaintiff PHAEDRA NEWSOME First Interrogatories to Defendant FAMILY DOLLAR STORES OF GEORGIA, LLC, d/b/a FAMILY DOLLAR and;

2.    Plaintiff PHAEDRA NEWSOME First Request for Production to Defendant FAMILY DOLLAR STORES OF GEORGIA, LLC, d/b/a FAMILY DOLLAR.

This the 10 day of December 2021

                               _____
                               Jody D. Peterman
                               Attorney for Plaintiff
                               Georgia Bar #573552

Jody D. Peterman
Attorney at Law
P.O. Box 6010
Valdosta, GA  31603-6010
(229) 247-0386

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this day delivered a copy of the foregoing PLAINTIFF PHAEDRA NEWSOME FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FAMILY DOLLAR STORES OF GEORGIA, LLC, D/B/A FAMILY DOLLAR by U.S. Mail in an envelope properly addressed for delivery to:

CARR ALLISON
Heath Vickers, Esq.
The Greenleaf and Crosby Building
208 North Laura St., Suite 1100
Jacksonville, FL 32202

This the 10th day of December 2021

Kelly Jenkins
Secretary to Jody D. Peterman

Jody D. Peterman
Attorney at Law
P.O. Box 6010
Valdosta, GA  31603-6010
(229) 247-0386

IN THE SUPERIOR COURT OF BROOKS COUNTY

STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**JAN 10, 2022 10:41 AM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

PHAEDRA NEWSOME,

    Plaintiff,

vs.

FAMILY DOLLAR STORES OF GEORGIA, LLC,
d/b/a FAMILY DOLLAR,

    Defendants.

_____

CIVIL ACTION

FILE NO.: 21CV00248

## DEFENDANT'S CERTIFICATE OF SERVICE

    This is to certify that I served counsel for all parties in the above-referenced matter with a copy of the following: DEFENDANT FAMILY DOLLAR STORES OF GEORGIA, LLC, d/b/a FAMILY DOLLAR'S UNVERIFIED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION by electronic mail and by depositing same in the United Stated Mail, postage prepaid and properly addressed as follows:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010

This 10th day of January, 2022.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 10th day of January, 2022, I electronically filed the foregoing with the Georgia Superior Courts E-Filing Portal, which will serve it on the following counsel of record via electronic mail:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Email: petermanlawoffice@yahoo.com
Email: dhanson.petermanlaw@gmail.com

/s/ Heath L. Vickers
Heath L. Vickers
Georgia Bar No. 427485
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:   (904) 328-6473
Email:  hvickers@carrallison.com
Secondary Email:  hphillips@carrallison.com
Secondary Email:  nwelsh@carrallison.com
*Attorney for Defendant*

IN THE SUPERIOR COURT OF BROOKS COUNTY

STATE OF GEORGIA

⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**JAN 18, 2022 02:48 PM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

PHAEDRA NEWSOME,                                  CIVIL ACTION

     Plaintiff,                                          FILE NO.: 21CV00248

vs.

FAMILY DOLLAR STORES OF GEORGIA, LLC,
d/b/a FAMILY DOLLAR,

     Defendants.

_____

## DEFENDANT'S CERTIFICATE OF SERVICE

    This is to certify that I served counsel for all parties in the above-referenced matter with a copy of the following: DEFENDANT FAMILY DOLLAR STORES OF GEORGIA, LLC, d/b/a FAMILY DOLLAR'S VERIFIED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES by electronic mail and by depositing same in the United Stated Mail, postage prepaid and properly addressed as follows:

> Jody D. Peterman
> Dillon P. Hanson
> JODY D. PETERMAN, LLC
> P.O. Box 6010
> Valdosta, GA 31603-6010

This 18th day of January, 2022.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of January, 2022, I electronically filed the foregoing with the Georgia Superior Courts E-Filing Portal, which will serve it on the following counsel of record via electronic mail:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Email: petermanlawoffice@yahoo.com
Email: dhanson.petermanlaw@gmail.com

/s/ Heath L. Vickers
Heath L. Vickers
Georgia Bar No. 427485
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:   (904) 328-6473
Email:  hvickers@carrallison.com
Secondary Email:  hphillips@carrallison.com
Secondary Email:  nwelsh@carrallison.com
*Attorney for Defendant*

⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**FEB 17, 2022 03:16 PM**

Belinda Wheeler, Clerk
Brooks County, Georgia

## IN THE SUPERIOR COURT OF BROOKS COUNTY

## STATE OF GEORGIA

PHAEDRA NEWSOME,               §
                              §
            **Plaintiff,**      §      **CIVIL ACTION FILE NO.:**
                              §        **21CV00248**
v.                            §
                              §
FAMILY DOLLAR STORES OF        §
GEORGIA, LLC, d/b/a FAMILY DOLLAR §
                              §
            **Defendant.**      §

## CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform Superior Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1. Plaintiff, PHAEDRA NEWSOME, Responses to DEFENDANT'S First Interrogatories; and

2. Plaintiff, PHAEDRA NEWSOME, Responses to DEFENDANT'S First Request for Production.

This the _____ day of February 2022.

                              _____
                              Jody D. Peterman
                              Attorney for Plaintiff
                              Georgia Bar #573552

Jody Peterman
Attorney at Law
P.O. Box 6010
Valdosta, GA  31603-6010
(229) 247-0386

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this day delivered a copy of the foregoing PLAINTIFF, PHAEDRA NEWSOME, RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS:

CARR ALLISON
Heath L. Vickers
The Greenleaf and Crosby Building
208 North Laura St., Suite 1100
Jacksonville, FL 32202

This the 1⁷ᵗʰ day of February 2022.

*Phoebe Chapman*
Phoebe Chapman
Secretary to Jody D. Peterman

Jody Peterman
Attorney at Law
P.O. Box 6010
Valdosta, GA  31603-6010
(229) 247-0386

IN THE SUPERIOR COURT OF BROOKS COUNTY

STATE OF GEORGIA

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**MAR 01, 2022 02:54 PM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

PHAEDRA NEWSOME,                                CIVIL ACTION

    Plaintiff,                                         FILE NO.: 21CV00248

vs.

FAMILY DOLLAR STORES OF GEORGIA, LLC,
d/b/a FAMILY DOLLAR,

    Defendants.
_____

### DEFENDANT'S CERTIFICATE OF SERVICE

    I hereby certify that I have this day served copies of Requests for Production of

Documents to Non-Party by placing same in a sealed envelope and placing in the United States

mail with postage pre-paid addressed to:

Brooks County Hospital
Attn: HIM Department
906 North Court Street
Quitman, GA 31643

Brooks County Hospital
Attn: Billing Department
906 North Court Street
Quitman, GA 31643

Brooks County Hospital
Attn: Radiology Department
906 North Court Street
Quitman, GA 31643

CVS
Attn: Prescription Records Svc Ctr
Mail Code: B120
One CVS Drive
Woonsocket, RI 02895

Grady EMS
Attn: Medical & Billing Records
800 Jesse Hill Jr. Drive
Atlanta, GA 30303

Lee & Pickles Drugs
Attn: Records Custodian
302 E Screven Street
Quitman, GA 31643

Publix Super Markets, Inc.
Attn: Privacy Officer/Pharmacy
3300 Publix Corporate Parkway
Lakeland, FL  33811

Dr. Robyn E. Jimenez, PAC
Attn: Medical & Billing Records
905 N Court Street
Quitman, GA 31643

South Georgia Medical Center
Attn: HIM Department
2501 N Patterson Street
Valdosta, GA 31602

South Georgia Medical Center
Attn: Billing Department
2501 N Patterson Street
Valdosta, GA 31602

South Georgia Medical Center
Attn: Radiology Department
2501 N Patterson Street
Valdosta, GA 31602

Valdosta Orthopedic Associates
Attn: Medical & Billing Records
3527 N Valdosta Road
Valdosta, GA 31602

Walgreens
Attn: Records Custodian
1901 E. Voorhees Street
MS 735
Danville, IL 61834

Walmart
Attn: HIPAA
Authorizations/Subpoenas
702 SW 8th Street
Mail Stop 0215
Bentonville, AR 72716-0215

Wilson Eye Center
Attn: Medical & Billing Records
2108 N Patterson Street
Valdosta, GA 31602

Winn-Dixie Pharmacy
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Verizon
Attn: VSAT
180 Washington Valley Road
Bedminster, NJ 07921

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2022, I electronically filed the foregoing with the Georgia Superior Courts E-Filing Portal, which will serve it on the following counsel of record via electronic mail:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Email: petermanlawoffice@yahoo.com
Email: dhanson.petermanlaw@gmail.com

/s/ Heath L. Vickers
Heath L. Vickers
Georgia Bar No. 427485
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:   (904) 328-6473
Email:  hvickers@carrallison.com
Secondary Email:  hphillips@carrallison.com
Secondary Email:  nwelsh@carrallison.com
Secondary Email:  asharpe@carrallison.com
*Attorney for Defendant*

# Alternative Dispute Resolution Program
# Southern Judicial Circuit

📠 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

APR 11, 2022 01:41 PM

**TIM C. HENDRICK**
ADMINISTRATOR

POST OFFICE BOX 2227
MOULTRIE, GEORGIA 31776-2227
TELEPHONE: 229 / 616-7474
FACSIMILE: 229 / 616-7447

**BROOKS, COLQUITT, ECHOLS,
LOWNDES & THOMAS COUNTIES**



April 11, 2022

**TAMARA L. MCGEE**
ASSISTANT ADMINISTRATOR

Belinda Wheeler, Clerk
Brooks County, Georgia

**SHANNON M. WATTS**
ASSISTANT ADMINISTRATOR

POST OFFICE BOX 1349
VALDOSTA, GEORGIA 31603-1349
TELEPHONE: 229 / 245-0248
FACSIMILE: 229 / 245-7934

Mr. Jody Peterman
Attorney at Law
Post Office Box 6010
Valdosta, Georgia   31603

                  **PHAEDRA NEWSOME vs. FAMILY DOLLAR STORES OF GEORGIA, LLC**
                         **Brooks** County Civil Action File No.  **2021 CV 0248**

Dear Mr. Peterman:

       Pursuant to the Rules of the Superior Courts of the Southern Judicial Circuit for **Alternative Dispute Resolution (ADR)**, your case has been referred to mandatory ADR.

       On or before April 26, 2022, your client and opposing party shall, by mutual agreement, select a neutral who is currently registered by the Georgia Office of Dispute Resolution.  An information sheet explaining the ADR process can be found on the Circuit's website, i.e., **www.southernjudicialcircuit.com**  The plaintiff's attorney will be responsible for notifying my office of the name of the selected neutral and contacting said neutral.

       Absent agreement by the parties on a neutral, the neutral shall be appointed by the Administrator from the list of registered neutrals maintained by the Dispute Resolution Office.  After the neutral has been contacted, he or she will give the parties the date, time and location of the ADR session.

       According to Rule Four of the Southern Judicial Circuit ADR Rules, either party, may petition the Court, within ten days of this referral, to exempt this case from the ADR process.  Good cause must be shown to the Court for the case to be so exempted.

       If you have any questions, please contact me.

                         Yours truly,

                         Shannon M. Watts

xc:    Mr. Heath Vickers

IN THE SUPERIOR COURT OF BROOKS COUNTY

STATE OF GEORGIA

**✦ EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**MAY 11, 2022 01:52 PM**

*Belinda Wheeler*
Belinda Wheeler, Clerk
Brooks County, Georgia

PHAEDRA NEWSOME,                          CIVIL ACTION

    Plaintiff,                            FILE NO.: 21CV00248

vs.

FAMILY DOLLAR STORES OF GEORGIA, LLC,
d/b/a FAMILY DOLLAR,

    Defendants.
_____

### **DEFENDANT'S NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF**

PLEASE TAKE NOTICE that Defendant, FAMILY DOLLAR STORES OF GEORGIA, LLC, d/b/a FAMILY DOLLAR, by and through undersigned counsel, will take the videotaped deposition of **Plaintiff, PHAEDRA NEWSOME**, on **Friday, July 8, 2022, at 10:00 a.m. ET**, and continuing thereafter as may be necessary, at the Clerk of Superior Court's back conference room at the Lowndes County Judicial Complex, 327 N Ashley St, Valdosta, GA 31601. Said videotaped deposition will be taken before Ellen Clary, Court Reporters, Notary Public or before some other officer duly authorized by law to take depositions in the State of Georgia.

Said videotaped deposition is being taken for the purposes of discovery, for use as evidence at trial, or both, or for such other uses and purposes as are permitted under the Georgia Rules of Civil Procedure.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2022, I electronically filed the foregoing with the Georgia Superior Courts E-Filing Portal, which will serve it on the following counsel of record via electronic mail:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Email: petermanlawoffice@yahoo.com
Email: dhanson.petermanlaw@gmail.com

/s/ Heath L. Vickers
Heath L. Vickers
Georgia Bar No. 427485
Ivey S. Shepherd
Georgia Bar No. 132243
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:   (904) 328-6473
Email:  hvickers@carrallison.com
Email: ishepherd@carrallison.com
Secondary Email:  hphillips@carrallison.com
Secondary Email:  nwelsh@carrallison.com
*Attorney for Defendant*

IN THE SUPERIOR COURT OF BROOKS COUNTY

STATE OF GEORGIA

⊛ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BROOKS COUNTY, GEORGIA

**21CV00248**

**JUL 21, 2022 02:07 PM**

Belinda Wheeler, Clerk
Brooks County, Georgia

PHAEDRA NEWSOME,                              CIVIL ACTION

     Plaintiff,                              FILE NO.: 21CV00248

vs.

FAMILY DOLLAR STORES OF GEORGIA, LLC,
d/b/a FAMILY DOLLAR,

     Defendants.
_____

### DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY

    I hereby certify that I have this day served copies of Requests for Production of Documents to Non-Party by placing same in a sealed envelope and placing in the United States mail with postage pre-paid addressed to:

> Primary Care of Southwest Georgia
> Attn: Records & Billing Department
> 907 N Court Street
> Quitman, GA 31643

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st day of July, 2022, I electronically filed the foregoing with the Georgia Superior Courts E-Filing Portal, which will serve it on the following counsel of record via electronic mail:

Jody D. Peterman
Dillon P. Hanson
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Email: petermanlawoffice@yahoo.com
Email: dhanson.petermanlaw@gmail.com

                          */s/Heath L. Vickers*
                          Heath L. Vickers
                          Georgia Bar No. 427485
                          Ivy S. Shepherd
                          Georgia Bar No. 132243
                          CARR ALLISON
                          1612 Newcastle Street Suite 226
                          Brunswick, Georgia 31520
                          Telephone: (912) 217-4227

Facsimile: (904) 328-6473
Email:  hvickers@carrallison.com
Email:  ishepherd@carrallison.com
Secondary Email:  nwelsh@carrallison.com
Secondary Email:  jrivera@carrallison.com
*Attorneys for Defendant*