IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PHAEDRA NEWSOME,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF GEORGIA, LLC, d/b/a FAMILY DOLLAR,<br><br>　　　　Defendant. | CASE NO. 7:22-CV-00077-WLS<br><br>Removed from the Superior Court of Brooks County, Georgia<br>Civil Action No. 21CV00248 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff and the Defendants, the parties to the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above styled case with prejudice.

Respectfully submitted this 4th day of August 2023.

/s/ Jody D. Peterman
JODY D. PETERMAN, GA BAR #573552
*Attorney for Plaintiff*
JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, Georgia 31603-6010
Email: petermanlawoffice@yahoo.com

/s/ Ivy S. Shepherd
SEAN W. MARTIN, GA BAR #474125
IVY S. SHEPHERD, GA BAR #132243
*Attorneys for Defendant*
1612 Newcastle St. Suite 226
Brunswick, GA 31520
(912) 296-3971
swmartin@carrallison.com
ishepherd@carrallison.com

SO ORDERED this 7th day of August, 2023.

/s/ W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court