IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PHAEDRA NEWSOME, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-77 (WLS) |
| | * |
| FAMILY DOLLAR STORES OF GEORGIA, LLC, | * |
| Defendant. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk